
**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2443

JS-6

Vince M. Verde (State Bar No. 202472)
v.verde@mpglaw.com
Keith A. Watts (State Bar No. 208491)
k.watts@mpglaw.com

Anthony L. Martin (NV State Bar No. 8177)
AMartin@lrlaw.com
Lewis and Roca, LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Admitted *Pro Hac Vice*

Attorneys for Defendant Pyramid Services, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES TRAYLOR, an individual; and ANDREW WARREN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PYRAMID SERVICES, INC.,<br><br>Defendant. | Case No. CV 07 4376 R (SSx)<br><br>**ORDER & JUDGMENT ON PYRAMID SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, Separate Statement of Uncontroverted Facts *in Support,* Declaration of Anthony L. Martin *in Support*, and Master Certificate of Service]<br><br>Date: August 11, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Honorable Manual L. Real |

**1**       Defendant Pyramid Services, Inc. ("Pyramid") filed a Motion for Summary
**2** Judgment on June 6, 2008. The Court has considered Pyramid's moving papers and
**3** reply, and the opposition of Plaintiffs Charles Traylor and Andrew Warren
**4** ("Plaintiffs").
**5**       After consideration of the parties' respective papers, the declarations and
**6** evidence filed in support therewith, and hearing oral argument, it is hereby
**7** ORDERED, ADJUDGED and DECREED:
**8**       Pyramid's Motion for Summary Judgment is GRANTED.
**9**
**10**       IT IS SO ORDERED.
**11**
**12**       Dated: _August 11_, 2008
**13**                                      U.S. District Judge Manuel L. Real
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**